IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Eric Redmond, | ) Civil Action No.: 8:10-1312-HMH-BHH |
|              Plaintiff, | ) |
| vs. | ) **REPORT AND RECOMMENDATION** |
| | ) **OF MAGISTRATE JUDGE** |
| Trinity Food Service, | ) |
|              Defendant. | ) |

The Plaintiff brought this action seeking relief pursuant to Title 42, United States Code, Section 1983. On October 20, 2010, the Defendant Trinity Food Service filed a motion to dismiss, or in the alternative, for summary judgment. (Dkt. # 34.) On October 21, 2010, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), an order was mailed to the plaintiff's last known address (Eric Redmond, 999987, Lexington County Detention Center, PF 29, P.O. Box 2019, Lexington, SC 29701) advising him of the summary dismissal procedure and the possible consequences if he failed to respond adequately. (Dkt. # 35.) On November 2, 2010, the envelope containing this order was returned to the court as the plaintiff is apparently no longer incarcerated at the Lexington County Detention Center.

The record reveals that the plaintiff was advised by order dated May 21, 2010, of his responsibility to notify the court *in writing* if his address changed and again by a second order dated June 17, 2010. (Dkt. #1 and 10.)

Based on the foregoing, it appears the Plaintiff no longer wishes to pursue this action. Accordingly, it is recommended that this action be dismissed *with prejudice* for lack

of prosecution and for failure to comply with this Court's orders, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and the factors outlined in *Chandler Leasing Corp. v. Lopez*, 669 F.2d 919, 920 (4th Cir.1982). *See Ballard v. Carlson*, 882 F.2d 93 (4th Cir. 1989). Further, if the District Court adopts this report, it is recommended that the Defendant's Trinity Food Service's Motions to Dismiss (Dkt. # 34 and 38) be DENIED as moot.

                                              s/Bruce H. Hendricks
                                              United States Magistrate Judge

November 9, 2010
Greenville, South Carolina